No. 09–11145. BLAKELY *v.* SNIVELY ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11146. ALVAREZ-RAMOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–11147. ALMONTE-PALMERS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 09–11148. BURGOS *v.* YARBOROUGH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11149. NEWELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11150. QUATTRINI *v.* PALMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11151. RIVERA-MILAN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 09–11152. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 09–11153. ROOKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11154. SARWAR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11155. DOMINGUEZ-RAMIREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11156. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 09–11157. BADUE *v.* MEEGAN, JUDGE, SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11158. WILLIAMS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 09–11160. MARTINEZ-DEMPWOLF *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.